# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| LARRY WAYNE LUNDY JR TRUST Larry-Wayne: Lundy-Jr., Sui Juris | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 23-00454 MWJS-WRP |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII Apr 30, 2024, 10:45 am Lucy H. Carrillo, Clerk of Court |
| STATE OF HAWAII | |
| Defendant. | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "Order Dismissing Complaint Without Leave to Amend for Lack of Subject Matter Jurisdiction", ECF No. 22, filed on April 30, 2024.  It is further ordered that the Clerk shall close this case.

| | |
|---|---|
| April 30, 2024 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by EA |
| | (By) Deputy Clerk |